UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

PAINTERS & ALLIED TRADES
DISTRICT COUNCIL 82 HEALTH
CARE FUND, third-party healthcare
payor fund; et al.,

       Plaintiffs - Respondents,

  v.

TAKEDA PHARMACEUTICAL
COMPANY LIMITED, a Japanese
Corporation; et al.,

       Defendants - Petitioners.

No. 23-80051

D.C. No. 2:17-cv-07223-JWH-AS
U.S. District Court for Central
California, Los Angeles

**ORDER**

---

The amicus brief submitted by WLF and the amicus brief submitted by

Pharmaceutical Research and Manufacturers of America is filed. No paper copies

are required.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT